Brown v. USA                                                                                              Doc. 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00717-BNB

BRIAN L. BROWN,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 1 2007

GREGORY C. LANGHAM
CLERK

ORDER TO CURE DEFICIENCY

    Plaintiff, Brian L. Brown, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Coleman, Florida. Mr. Brown initiated this action by filing *pro se* in the United States Court of Federal Claims a complaint pursuant to the Federal Tort Claims Act. In an order filed on December 15, 2006, the United States Court of Federal Claims directed that the complaint be transferred to this court. The action was transferred on April 2, 2007, and filed in this court on April 6, 2007.

    The court has reviewed Mr. Brown's complaint and finds that the complaint is deficient because it is not filed on the proper form approved for use by prisoners in this court. Mr. Brown will be directed to cure this deficiency if he wishes to pursue his claims in this court in this action. Accordingly, it is

    ORDERED that Mr. Brown cure the deficiency identified in this order **within thirty (30) days from the date of this order**. It is

Dockets.Justia.com

FURTHER ORDERED that the clerk of the court mail to Mr. Brown, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Brown fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED March 22, 2007, at Denver, Colorado.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00717-BNB

Brian L. Brown
Prisoner No. 05937-010
USP – Coleman
PO Box 1033
Coleman, FL 33521

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 4/11/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk