IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00717-MSK-MJW

BRIAN L. BROWN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, RE:,
OFFICER ERNIE ROMERO, USP Florence CO, and
OFFICER (FNU) O. DONNELL, USP LEAVENWORTH,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 9 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 7th day of May, 2007

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00717-MSK-MJW

Brian L. Brown
Reg. No. 05937-010
USP - Coleman
PO Box 1033
Coleman, FL 33521-1033

Ernie Romero - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

US Marshal Service
Service Clerk
Service forms for: Federal Officer FNU O'Donnell

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on FNU O'Donnell; Christopher Synsvoll for service of process on Ernie Romero; to The United States Attorney General; to the United States Attorney's Office: AMENDED COMPLAINT FILED 4/25/07, SUMMONS, WAIVER* AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 5/9/07 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk