IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  07-cv-00717-MSK-MJW

BRIAN L. BROWN.

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion for a Stay of Discovery Pending a Decision on Defendant's Motion to Dismiss (Docket No. 49) is granted.  Accordingly, discovery in this matter is stayed pending a ruling on defendant's Motion to Dismiss (Docket No. 41).  It is further

ORDERED that the plaintiff's Motion for Extension of Time Uncontrolable [sic] Delay (Docket No. 56) is denied.  Plaintiff has already been given an extension of time up to and including October 9, 2007, to respond to Defendants' Motion to Dismiss (see Docket No. 55).  No further extensions will be granted.

Date: September 18, 2007