IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00717-MSK-KMT

BRIAN L. BROWN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, RE:,
OFFICER ERNIE ROMERO, USP Florence CO, and
OFFICER (FNU) O. DONNELL, USP LEAVENWORTH

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Leave of Court for Extension of Time Up to and Including 30 Days" (#86, filed April 18, 2008) is GRANTED. As stated in the minute order issued by Judge Krieger on April 14, 2008 (#84), Plaintiff shall have up to and including June 11, 2008 to file his response to the Second Motion to Dismiss. No further extensions will be granted.

Dated: April 22, 2008