IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00717-PAB-KMT

BRIAN L. BROWN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, RE:,
OFFICER ERNIE ROMERO, USP Florence CO, and
OFFICER (FNU) O. DONNELL, USP LEAVENWORTH,

    Defendants.

---

**ORDER**

---

    This matter is before the court on Plaintiff's "Motion for Leave of Court to Amend the Informa Pauperis Consent to Withdraw from Funds" (Doc. #127), in which the plaintiff requests that the court "adjust the minnimum [sic] required level of money needed n [sic] Brown's account to be adjusted from $10.00, to $3.00, to pay this Court." (Doc. # 127 at 4.)

    28 U.S.C. § 1915 (b)(2) states, in part, the following:

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

    The request of the plaintiff appears to be directed at matters of agreement between plaintiff and the institution, with which this court will not get involved. Therefore,

IT IS ORDERED that the motion (#127) is DENIED.

Dated this 24th day of April, 2009.

                                        **BY THE COURT:**

                                        Kathleen M. Tafoya
                                        United States Magistrate Judge